UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MOISES ISIDORO MARTINEZ,

                        Plaintiff,                        24-CV-8627 (JLR) (VF)

        -against-                       **ORDER**

DORIC BUILDING SERVICES LLC, et al.,

                        Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The mediator's report at ECF No. 20 indicates that the parties have reached a settlement. On or before **April 1, 2025**, the parties are directed to file a stipulation of dismissal or a joint letter updating the Court on the status of the case, if it has not otherwise been resolved through a settlement.

        **SO ORDERED.**

DATED:     New York, New York
                March 14, 2025

                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2025