```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

MOISES ISIDORO MARTINEZ,

                              Plaintiff,                    **24-CV-8627 (JLR) (VF)**

        -against-                                       **ORDER**


DORIC BUILDING SERVICES LLC, et al.,

                              Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        The mediator's report at ECF No. 20 indicates that the parties have reached a settlement. The parties are directed to file a stipulation of dismissal by **April 21, 2025** or otherwise provide an update of the status of finalizing the settlement if the stipulation of dismissal is not filed by that date.

        **SO ORDERED.**

DATED:     New York, New York
                April 8, 2025

                                                           _____
                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge