UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOISES ISIDORO MARTINEZ,

                        Plaintiff,                         **24-CV-8627 (JLR) (VF)**

               -against-                                 **ORDER**

DORIC BUILDING SERVICES LLC, et al.,

                        Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      This wage-and-hour case under the Fair Labor Standards Act ("FLSA") was referred to the undersigned for a Report and Recommendation on Plaintiff's motion for approval of the settlement with Defendant. See ECF No. 26. To conserve judicial resources, the parties are directed to meet and confer to determine if they will consent to my jurisdiction for purposes of approving the settlement agreement. With the parties' consent, I can issue an Opinion and Order approving the settlement agreement, avoiding the need for a Report and Recommendation. See Herrera v. Manna 2nd Ave. LLC, No. 20-CV-11026 (GHW), 2024 WL 4437796, at *1 (S.D.N.Y. Sept. 10, 2024) (indicating parties' consent was required for Magistrate Judge to rule on motion to approve settlement). The parties are directed to inform the Court by **Friday, June 6, 2025**, whether they consent to the undersigned's jurisdiction. If the parties consent, they should complete and file the form available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf on the docket.

      **SO ORDERED.**

DATED:   New York, New York
              May 22, 2025

                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2025